ORIGINAL

KAREN P. HEWITT
United States Attorney
LAURA E. DUFFY
Assistant U.S. Attorney
California State Bar Number 199232
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6340

Attorneys for Plaintiff
United States of America

FILED
07 MAY 23 AM 9:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE MENDOZA-BALCAZAR, ET AL., Defendants. | ) | Criminal Case No. 07cr0657-WQH<br>MOTION AND ORDER TO UNSEAL |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney and Laura E. Duffy, Assistant United States Attorney, hereby moves to unseal the Indictment in the above-captioned case.

DATED: 05-23-07

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

LAURA E. DUFFY
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the Indictment in the above-captioned be unsealed.

DATED: MAY 23 2007.

ANTHONY J. BATTAGLIA
United States Magistrate Judge