UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Leonel Guillermo Prieto-Chavez Defendant. | Case No. 07-CR-0657-WQH<br>ORDER SUBSTITUTING ATTORNEY |

**O R D E R**

**IT IS HEREBY ORDERED** that Attorney Nancee S. Schwartz shall be substituted in place and instead of the Office of David Arredondo for all purposes in the above-entitled matter.

DATED: January 10, 2008

William Q. Hayes

**WILLIAM Q. HAYES**
United States District Judge