FILED

2010 JAN -8 PM 4:08

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. PAULINO MAYORGA-ESPERO (6), Defendant. | Criminal Case No. 07cr0657WQH<br><br>ORDER AND JUDGMENT TO DISMISS INDICTMENT AND WITHDRAW ARREST WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to defendant Paulino Mayorga-Espero, and arrest warrant be withdrawn.

DATED: 1/7/10.

HONORABLE WILLIAM Q. HAYES
United States District Court Judge